FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

    v.                       CASE NO.  2:21-cr-35-38 NPM

LESTER LEON SMITH                18 U.S.C. § 641

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning in or about March 2016, and continuing through in or about March 2020, in the Middle District of Florida, and elsewhere, the defendant,

LESTER LEON SMITH,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the Social Security Administration, a department and agency of the United States, that is, benefit payments under the Title II Federal Old-Age, Survivors, and Disability Insurance Program (OASDI), with intent to deprive the United States and the Social Security Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

## FORFEITURE

1.     The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.     The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of approximately $48,862.54 which represents the proceeds the defendant obtained as a result of the commission of the offense.

4.     If any of the property described above, as a result of any act or omission of the defendant:

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with, a third party;

     c.     has been placed beyond the jurisdiction of the Court;

     d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be

divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____

Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____

Yolande G. Viacava
Assistant United States Attorney

By: _____

Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

3

No. 2:21-cr-

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

LESTER LEON SMITH

## INDICTMENT

Violations:

18 U.S.C. § 641

A true bill,

_____
Foreperson

Filed in open court this 7th day

of April, 2021.

_____
Clerk

Bail $_____