UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 2:21-cr-35-SPC-NPM

LESTER LEON SMITH

_____/

## ORDER OF FORFEITURE

Before the Court is the United States' Motion for Order of Forfeiture against Defendant Lester Leon Smith in the amount of **$48,862.54**. (Doc. 32).

Being fully advised of the relevant facts, the Court hereby finds that at least **$48,862.54** was obtained by the defendant as a result of his theft of Government funds, for which he has pled guilty (Doc. 29). The undersigned United States District Court Judge accepted Smith's guilty plea and adjudicated him guilty of the offense (Doc. 30).

Accordingly, for good cause shown, it is hereby,

**ORDERED**:

The United States' Motion for Order of Forfeiture (Doc. 32) is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal

Procedure, Defendant Lester Leon Smith shall be held liable for an order of forfeiture in the amount of **$48,862.54**.

It is **FURTHER ORDERED**, that because the **$48,862.54** in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), forfeiture of any of the defendant's property up to the value of **$48,862.54.**

This order shall become a final order of forfeiture as to Lester Leon Smith at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the order of forfeiture.

**DONE** and **ORDERED** in Fort Myers, Florida, August 16, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record